```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 23463
   CYNTHIA JEFFRIES
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3794

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/14/2007 and was confirmed 02/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/12/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED VEHIC    7520.00        296.30        1056.35
CITIFINANCIAL AUTO CREDI  UNSECURED        2663.92           .00            .00
FLAGSTAR BANK             CURRENT MORTG        .00           .00            .00
FLAGSTAR BANK             MORTGAGE ARRE        .00           .00            .00
TRIAD FINANCIAL CORP      SECURED NOT I   21035.21           .00            .00
FLAGSTAR BANK FSB         NOTICE ONLY    NOT FILED           .00            .00
RJM AQUISITIONS FUNDING   UNSECURED          95.33           .00            .00
CAPITAL RECOVERY ONE      UNSECURED         133.34           .00            .00
PIERCE & ASSOCIATES       NOTICE ONLY    NOT FILED           .00            .00
FLAGSTAR BANK             CURRENT MORTG        .00           .00            .00
FLAGSTAR BANK             MORTGAGE ARRE        .00           .00            .00
LEGAL HELPERS PC          DEBTOR ATTY      2,500.00                     1,509.27
TOM VAUGHN                TRUSTEE                                         246.08
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              3,108.00

PRIORITY                                          .00
SECURED                                      1,056.35
    INTEREST                                   296.30
UNSECURED                                         .00
ADMINISTRATIVE                               1,509.27
TRUSTEE COMPENSATION                           246.08
DEBTOR REFUND                                     .00
                   ---------------         ---------------
TOTALS               3,108.00                3,108.00


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 23463 CYNTHIA JEFFRIES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE